## MORMAND v. CARLISLE.

FISH, C. J. 1. A judgment rendered by a judge of the superior court against the contemner on a hearing in a proceeding for contempt, for the alleged violation of a decree for injunction, will not be disturbed by the Supreme Court when there is evidence to warrant such judgment.
2. The judgment rendered in this case was amply supported by the evidence.     *Judgment affirmed. All the Justices concur.*

Submitted May 25,—Decided November 11, 1908.

Attachment for contempt. Before Judge Felton. Bibb superior court. May 1, 1908.

*L. D. Moore,* for plaintiff in error. *Hall & Hall,* contra.